UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| John Jacklovich, Jr., | ) | Case No. 05 -12353 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black (Joliet) |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. Bankruptcy Court**
   **Will County Court Annex Building**
   **57 North Ottawa Street**
   **Joliet, Il**

   On: **June 20, 2008**

   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   a. Receipts                               $37,027.09
   b. Disbursements                          $ 1,201.67
   c. Net Cash Available for Distribution    $35,870.42

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| Michael Berland, Trustee | $0 | $4,457.21 | $56.00 |
| Accountant Fees | $500 | $0 | $0 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant    Compensation Previously Paid  Fees Now Requested    Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $1,252,900.98 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%, and th4 secured dividend is expected to be 49.93%.

   Allowed Priority Claims are:    N/A

7. Claims of general unsecured creditors totaling $29,682.41 been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

   Allowed general unsecured claims are:

| Claim No. | Claimant | Allowed Amt of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Cardiovascular Consultants of Nevada | $ 192.00 | $ 192.00 |
| 2 Int | Cardiovascular Consultants of Nevada | $ 19.89 | $ 10.83 |
| 3 | Chase Manhattan Bank, NA USA as successor in interest | $8,982.65 | $8,982.65 |
| 3 Int | Chase Manhattan Bank, NA USA as successor in interest | $ 930.71 | $ 506.84 |
| 4 | SMC | $1,636.87 | $1,636.87 |
| 4 Int | SMC | $ 169.60 | $ 92.36 |
| 5 | LVNV Funding LLC its successors and assigns | $9,197.57 | $9,197.57 |
| 5 Int | LVNV Funding LLC its successors and assigns | $ 952.98 | $ 518.96 |
| 6 | Household Receivable Funding Inc III | $4,743.82 | $4,743.82 |
| 6 Int | Household Receivable Funding Inc III | $ 491.52 | $ 267.67 |
| 7 | HFC | $4,929.50 | $4,929.50 |
| 7 Int | HFC | $ 510.76 | $ 278.14 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **May 09, 2008**              For the Court,

                                     By:
                                     **KENNETH S GARDNER**
                                     Kenneth S. Gardner
                                     Clerk of the United States Bankruptcy Court
                                     219 South Dearborn, 7th Floor
                                     Chicago, Il 60604

Trustee:   Michael Berland
Address:   One North La Salle Street
           Suite 1775
           Chicago, IL 60602

Phone:     312-855-1272