UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| | ) | |
| John Jacklovich, Jr., | ) | Case No. 05 -12353 |
| | ) | |
| Debtor. | ) | Judge Bruce W. Black (Joliet) |

### NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: **U.S. Bankruptcy Court**
   **Will County Court Annex Building**
   **57 North Ottawa Street**
   **Joliet, Il**

   On: **June 20, 2008**

   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as my be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:
   a. Receipts                               $37,027.09
   b. Disbursements                          $ 1,201.67
   c. Net Cash Available for Distribution    $35,870.42

4. Applications for Chapter 7 fees and administrative expenses have been filed as followed:

| Applicant | Compensation Previously Paid | Fees Now Requested | Exp Now Requested |
|---|---|---|---|
| Michael Berland, Trustee | $0 | $4,457.21 | $56.00 |
| Accountant Fees | $500 | $0 | $0 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

**Applicant    Compensation Previously Paid   Fees Now Requested    Expenses**
N/A

6. In addition to the fees and expenses of administration listed above as may be allowed by the Court, secured and priority claims totaling $1,252,900.98 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0%, and th4 secured dividend is expected to be 49.93%.

    Allowed Priority Claims are:      N/A

7. Claims of general unsecured creditors totaling $29,682.41 been allowed and will be paid *pro rata* after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100%.

    Allowed general unsecured claims are:

| **Claim No.** | **Claimant** | **Allowed Amt of Claim** | **Proposed Payment** |
|---|---|---|---|
| 2 | Cardiovascular Consultants of Nevada | $ 192.00 | $ 192.00 |
| 2 Int | Cardiovascular Consultants of Nevada | $ 19.89 | $ 10.83 |
| 3 | Chase Manhattan Bank, NA USA as successor in interest | $8,982.65 | $8,982.65 |
| 3 Int | Chase Manhattan Bank, NA USA as successor in interest | $ 930.71 | $ 506.84 |
| 4 | SMC | $1,636.87 | $1,636.87 |
| 4 Int | SMC | $ 169.60 | $ 92.36 |
| 5 | LVNV Funding LLC its successors and assigns | $9,197.57 | $9,197.57 |
| 5 Int | LVNV Funding LLC its successors and assigns | $ 952.98 | $ 518.96 |
| 6 | Household Receivable Funding Inc III | $4,743.82 | $4,743.82 |
| 6 Int | Household Receivable Funding Inc III | $ 491.52 | $ 267.67 |
| 7 | HFC | $4,929.50 | $4,929.50 |
| 7 Int | HFC | $ 510.76 | $ 278.14 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 South Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **May 09, 2008**                                  For the Court,

By:
**KENNETH S GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 South Dearborn, 7th Floor
Chicago, Il 60604

Trustee:     Michael Berland
Address:    One North La Salle Street
            Suite 1775
            Chicago, IL 60602

Phone:      312-855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: sward                  Page 1 of 2                   Date Rcvd: May 09, 2008
Case: 05-12353                 Form ID: pdf002              Total Served: 49

The following entities were served by first class mail on May 11, 2008.
db           +John J Jacklovich, Jr,   1313 Center Street,    Peru, IL 61354-3606
aty          +Raymond R. Nolasco,   3815 Progress Blvd., Suite A,    Peru, IL 61354-1188
tr           +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
9123624      +Advanced Call Center Technologies,   3035 Boones Creek Road,    Johnson City, TN 37615-4663
9123625      +Arrow Financial Services,   PO Box 1206,    Oaks, PA 19456-1206
9123627      +Bank One,   PO Box 8650,    Wilmington, DE 19899-8650
9123626       Bank One,   Cardmember service,    PO Box 50882,   Henderson, NV 89016
9123629      +Beneficial Finance,   Po Box 17574,    Baltimore, MD 21297-1574
9123628      +Beneficial Finance,   1142 Columbus Square,    Ottawa, IL 61350-2107
9123630      +Bergners,   PO Box 17633,    Baltimore, MD 21297-1633
9123631      +Blatt, Hasenmiller, Leibsker,   and Moor, LLC,    211 Landmark Drive, Suite E-5,
               Normal, IL 61761-6165
9123632      +Blatt, Hasenmiller, Leibsker and,   Moore, LLC,    125 South Wacker Drive Ste 400,
               Chicago, IL 60606-4440
9123633      +Capitol One Services,   Po Box 6000,    Seattle, WA 98190-0001
9123634      +Capitol One Services,   Po Box 85015,   Richmond, VA 23285-5015
9123635      +Cardiovascular Consultants of Nevad,    2300 Corporate Circle,    Suite 100,
               Henderson, NV 89074-7725
9416098      +ChaseManhttnBankUSA,NA as successor in interest to,    Bank One Delaware, NA,
               c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,    Seattle, WA 98121-2339
9123636      +Citi Card,   PO Box 6406,   The Lakes, NV 88901-6406
9123637      +Citibank,   c/o Recovery Systems, Inc.,    PO Box 722929,   Houston, TX 77272-2929
9123638      +Citicard,   PO Box 6000,    The Lakes, NV 89163-0001
9123640      +FMA ALLIANCE, Ltd.,   PO Box 2409,   Houston, TX 77252-2409
9123639      +First USA,   c/o Creditors Interchange,    PO Box 1335,   Buffalo, NY 14240-1335
9123641      +Freedman, Anselmo, Lindberg & Rappe,    PO Box 3228,   Naperville, IL 60566-3228
10803175     +HFC,   P O Box 9618,   Virginia Beach, VA 23450-9618
9123645      +Household Credit Services,   PO Box 17051,    Baltimore, MD 21297-1051
9123644      +Household Credit Services,   PO Box 80027,    Salinas, CA 93912-0027
10654643     +Household Receivable Funding Inc III,    HSBC Bank USA NA,   PO Box 98724,
               Las Vegas NV 89193-8724
9123649      +Illinois Valley Credit Union,   2107 Marquette Road,    Peru, IL 61354-1595
9123650      +MALC Mastercard,   Household Credit Services,    PO Box 80027,   Salinas, CA 93912-0027
9123651      +MBNA America,   PO Box 15027,   Wilmington, DE 19850-5027
9123652      +MNBA America,   PO Box 15102,   Wilmington, DE 19886-5102
9123653      +Phillips and Cohen Associates, Ltd.,    695 Rancocas Road,   Mount Holly, NJ 08060-5626
9463816     ++SMC,   PO BOX 19249,    SUGAR LAND TX 77496-9249
             (address filed with court: SMC,   c/o Bergners,    POB 19249,   Sugar Land, TX 77496)
9123655      +Sears Premier Card,   PO Box 818017,   Cleveland, OH 44181-8017
9123654      +Sears Premier Card,   PO Box 182149,   Columbus, OH 43218-2149
9123656      +South west Emergency Services,   PO Box 70360,    Las Vegas, NV 89170-0360
9123657      +Southwest Ambulance Las Vegas,   PO Box 62674,    Phoenix, AZ 85082-2674
9123658      +Spiegel Charge,   Card Processing Center,    PO Box 5811,   Hicksville, NY 11802-5811
9123659      +Sunrise Hospital,   0151,   PO Box 31172,   Tampa, FL 33631-3172
9123660       Sunrise Hospital and Medical,    Center, LLC,   PO Box 98531,    Las Vegas, NV 89193
9123661      +TriAdvantage,   Credit Service Inc.,    PO Box 1961,   Southgate, MI 48195-0961
9123662      +Union Bank,   401 E. McKinley Road,   Ottawa, IL 61350-4806
9301447      +Union Bank,   201 E Main,   Streator, IL 61364-2977
9123663      +Victoria's Secret,   PO Box 182128,   Columbus, OH 43218-2128
9123664      +Victoria's Secret,   Po Box 659728,   San Antonio, TX 78265-9728
9123665      +Wells Fargo Financial,   PO Box 98798,   Las Vegas, NV 89193-8798
9123666      +Wells Fargo Financial,   4517 Rockwood Road,    Suite A,   Peoria, IL 61615-3853
The following entities were served by electronic transmission on May 10, 2008.
9123642      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2008 02:36:50     GE Capital Cons Card Co.,
               PO Box 9001557,   Louisville, KY 40290-1557
9123643      +E-mail/PDF: gecsedi@recoverycorp.com May 10 2008 02:36:51     GECCCC,   c/o Card Services,
               PO Box 3601,   Dayton, OH 45401-3601
10650027      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns,    as assignee of Resurgent Capital LP/Citi,
               c/o Resurgent Capital Services,   PO Box 10587,   Greenville, SC  29603-0587
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
9123646*     +Household Credit Services,   PO Box 17051,    Baltimore, MD 21297-1051
9123648*     +Household Credit Services,   PO Box 17051,    Baltimore, MD 21297-1051
9123647*     +Household Credit Services,   PO Box 80027,    Salinas, CA 93912-0027
                                                                                   TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: sward              Page 2 of 2            Date Rcvd: May 09, 2008
Case: 05-12353                Form ID: pdf002          Total Served: 49

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2008**      **Signature:** _Joseph Speetjens_