**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:
JACKLOVICH, JOHN J, JR

|CHAPTER 7 CASE

CASE NO. 05-12353 BL

JUDGE Bruce W. Black(Joliet)

Debtor(s)

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
BANKRUPTCY JUDGE

      Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

    All checks have been cashed. The Form 2 is attached as Exhibit
"B".

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.

                    /s/ Michael G. Berland Trustee

Dated: 11/4/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:
JACKLOVICH, JOHN J, JR

**CHAPTER 7 CASE**

**CASE NO. 05-12353 BL**

**JUDGE Bruce W. Black(Joliet)**

Debtor(s)

## DISTRIBUTION REPORT

I, <u>MICHAEL G. BERLAND</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,513.21 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 29,682.41 |
| Post-Petition Interest: | $ 1,717.21 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 35,912.83 |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                   **PAGE 1**

| 1. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $          0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $       4,513.21 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | 4,457.21 | 4,457.21 |
| | MICHAEL G. BERLAND | 56.00 | 56.00 |

| 3. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $          0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $          0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL          $ | 0.00 |

**EXHIBIT** 

**DISTRIBUTION REPORT**                                                        **PAGE 2**

| 5.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 6.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 7.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 8.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $    0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 9.    TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $    0.00 | 0.00% |

**EXHIBIT A**

**DISTRIBUTION REPORT**                                                PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §724(b)(6) - Tax Liens: | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL          $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $     29,682.41 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2 | Cardiovascular Consultants of Nevad | 192.00 | 192.00 |



EXHIBIT D

**DISTRIBUTION REPORT**                                        **PAGE 4**

| 3 | ChaseManhttnBankUSA,NA as successor in interest to | 8,982.65 | 8,982.65 |
|---|---|---|---|
| 4 | SMC | 1,636.87 | 1,636.87 |
| 5 | LVNV Funding LLC its successors and assigns | 9,197.57 | 9,197.57 |
| 6 | Household Receivable Funding Inc III | 4,743.82 | 4,743.82 |
| 7 | HFC | 4,929.50 | 4,929.50 |
| | | TOTAL $ | 29,682.41 |

| **14.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **15.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **16.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 3,075.46 | 55.84% |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                      **PAGE 5**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 2I | Cardiovascular Consultants of Nevad | 19.89 | 11.11 |
| 3I | ChaseManhttnBankUSA,NA as successor in interest to | 930.71 | 519.67 |
| 4I | SMC | 169.60 | 94.70 |
| 5I | LVNV Funding LLC its successors and assigns | 952.98 | 532.10 |
| 6I | Household Receivable Funding Inc III | 491.52 | 274.44 |
| 7I | HFC | 510.76 | 285.19 |
| | | TOTAL        $ | 1,717.21 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $    3,112.55 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| SURPLUS | JACKLOVICH, JOHN J, JR | 3,112.55 | 0.00 |
| | | TOTAL        $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 1 | Union Bank 201 E Main Streator, IL  61364- | $  44,097.60 | Withdrawn |



EXHIBIT

**DISTRIBUTION REPORT**                                          PAGE 6

      WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: <u>June 23, 2008</u>             <u>/s/Michael G. Berland</u>                        
                                             MICHAEL G. BERLAND, Trustee

**EXHIBIT** D

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN

IN RE:                                    **CHAPTER 7 CASE**
JACKLOVICH, JOHN J, JR

                                          **CASE NO. 05-12353 BL**

                                          **JUDGE Bruce W. Black(Joliet)**

    Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 4,457.21 |
| 2. | Trustee's expenses | $ | 56.00 |
| | TOTAL | $ | 4,513.21 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |

1

a. Compensation                                         $_____0.00

b. Expenses                                             $_____0.00

c. Chapter 11 compensation                              $_____0.00

d. Chapter 11 Expenses                                  $_____0.00

3.    Other Professionals

                                        TOTAL           $_____0.00

        IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this_____ day of _____, 200 ___ .

                                                        ENTERED
                                                        JUN 2 0 2008

                            ENTERED    _____
                                       Bruce W. Black                    EUGENE R. WEDOFF
                                       UNITED STATES BANKRUPTCY JUDGE     BANKRUPTCY JUDGE









                                        2

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-12353 BL |
| **Case Name:** | JACKLOVICH, JOHN J, JR |
| **Taxpayer ID #:** | 13-7461560 |
| **Period Ending:** | 11/04/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****83-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/18/05 | {2} | Attonrey Raymond Nolasco | Reciept of proceeds from Illinois Valley Bank account | 1129-000 | 15,000.00 | | 15,000.00 |
| 05/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3500% | 1270-000 | 1.73 | | 15,001.73 |
| 06/09/05 | {7} | American Auction Associates | | 1129-000 | 12,250.00 | | 27,251.73 |
| 06/22/05 | 1001 | American Auction Associates | Payment of auctineer expenses pursuant to court order | 3620-000 | | 569.67 | 26,682.06 |
| 06/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 7.18 | | 26,689.24 |
| 07/11/05 | {9} | John Jacklovich | Payment for non-exempt vacation pay | 1129-000 | 9,218.95 | | 35,908.19 |
| 07/29/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 11.23 | | 35,919.42 |
| 08/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4500% | 1270-000 | 13.73 | | 35,933.15 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 14.13 | | 35,947.28 |
| 10/21/05 | 1002 | Internal Revenue Service | pAYMENT OF TAX DUE ON TAX RETURN | 2810-000 | | 132.00 | 35,815.28 |
| 10/21/05 | 1003 | Gloria Longest | Payment of accountant pursuant to court order | 3410-000 | | 500.00 | 35,315.28 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 15.60 | | 35,330.88 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 15.97 | | 35,346.85 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.68 | | 35,364.53 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.92 | | 35,384.45 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 19.01 | | 35,403.46 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 21.05 | | 35,424.51 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.43 | | 35,446.94 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.09 | | 35,471.03 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.33 | | 35,494.36 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.12 | | 35,518.48 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.14 | | 35,542.62 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.58 | | 35,565.20 |
| | | | **Subtotals:** | | **$36,766.87** | **$1,201.67** | |

{} Asset reference(s)

Exhibit B

Printed: 11/04/2008 12:47 PM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 05-12353 BL | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** JACKLOVICH, JOHN J, JR | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****83-65 - Money Market Account |
| **Taxpayer ID #:** 13-7461560 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 11/04/08 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 24.93 | | 35,590.13 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 23.39 | | 35,613.52 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.62 | | 35,636.14 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.76 | | 35,659.90 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.77 | | 35,677.67 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.05 | | 35,696.72 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.69 | | 35,716.41 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.70 | | 35,736.11 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 18.44 | | 35,754.55 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 20.36 | | 35,774.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 19.74 | | 35,794.65 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 17.84 | | 35,812.49 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.03 | | 35,833.52 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 18.64 | | 35,852.16 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 18.26 | | 35,870.42 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 16.40 | | 35,886.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 7.36 | | 35,894.18 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.66 | | 35,900.84 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 5.00 | | 35,905.84 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 4.49 | | 35,910.33 |
| 06/17/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1500% | 1270-000 | 2.50 | | 35,912.83 |
| 06/17/08 | | To Account #********8366 | Transfer for purpose of final distribution | 9999-000 | | 35,912.83 | 0.00 |

**Subtotals :** $347.63    $35,912.83

{} Asset reference(s)

Printed: 11/04/2008 12:47 PM    V.10.54

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-12353 BL |
|---|---|
| Case Name: | JACKLOVICH, JOHN J, JR |
| Taxpayer ID #: | 13-7461560 |
| Period Ending: | 11/04/08 |

| Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****83-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 37,114.50 | 37,114.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 35,912.83 | |
| | | | **Subtotal** | | 37,114.50 | 1,201.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$37,114.50** | **$1,201.67** | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-12353 BL |
|---|---|
| Case Name: | JACKLOVICH, JOHN J, JR |
| Taxpayer ID #: | 13-7461560 |
| Period Ending: | 11/04/08 |

| Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****83-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/17/08 | | From Account #********8365 | Transfer for purpose of final distribution | 9999-000 | 35,912.83 | | 35,912.83 |
| 06/23/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $4,457.21, Trustee Compensation;  Reference: | 2100-000 | | 4,457.21 | 31,455.62 |
| 06/23/08 | 102 | MICHAEL G. BERLAND | Dividend paid 100.00% on $56.00, Trustee Expenses;  Reference: | 2200-000 | | 56.00 | 31,399.62 |
| 06/23/08 | 103 | Cardiovascular Consultants of Nevad | Dividend paid 100.00% on $192.00; Claim# 2; Filed: $192.00; Reference: | 7100-000 | | 192.00 | 31,207.62 |
| 06/23/08 | 104 | ChaseManhttnBankUSA,NA as successor in interest to | Dividend paid 100.00% on $8,982.65; Claim# 3; Filed: $8,982.65; Reference: | 7100-000 | | 8,982.65 | 22,224.97 |
| 06/23/08 | 105 | SMC | Dividend paid 100.00% on $1,636.87; Claim# 4; Filed: $1,636.87; Reference: | 7100-000 | | 1,636.87 | 20,588.10 |
| 06/23/08 | 106 | LVNV Funding LLC its successors and assigns | Dividend paid 100.00% on $9,197.57; Claim# 5; Filed: $9,197.57; Reference: | 7100-000 | | 9,197.57 | 11,390.53 |
| 06/23/08 | 107 | Household Receivable Funding Inc III | Dividend paid 100.00% on $4,743.82; Claim# 6; Filed: $4,743.82; Reference: | 7100-000 | | 4,743.82 | 6,646.71 |
| 06/23/08 | 108 | HFC | Dividend paid 100.00% on $4,929.50; Claim# 7; Filed: $4,929.50; Reference: | 7100-000 | | 4,929.50 | 1,717.21 |
| 06/23/08 | 109 | Cardiovascular Consultants of Nevad | Dividend paid  55.83% on $19.89; Claim# 2I; Filed: $19.89; Reference: | 7990-000 | | 11.11 | 1,706.10 |
| 06/23/08 | 110 | ChaseManhttnBankUSA,NA as successor in interest to | Dividend paid  55.83% on $930.71; Claim# 3I; Filed: $930.71; Reference: | 7990-000 | | 519.67 | 1,186.43 |
| 06/23/08 | 111 | SMC | Dividend paid  55.83% on $169.60; Claim# 4I; Filed: $169.60; Reference: | 7990-000 | | 94.70 | 1,091.73 |
| 06/23/08 | 112 | LVNV Funding LLC its successors and assigns | Dividend paid  55.83% on $952.98; Claim# 5I; Filed: $952.98; Reference: | 7990-000 | | 532.10 | 559.63 |
| 06/23/08 | 113 | Household Receivable Funding Inc | Dividend paid  55.83% on $491.52; Claim# 6I; | 7990-000 | | 274.44 | 285.19 |

| | | | Subtotals : | | $35,912.83 | $35,627.64 | |

{} Asset reference(s)

Printed: 11/04/2008 12:47 PM    V.10.54

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 05-12353 BL |
| **Case Name:** | JACKLOVICH, JOHN J, JR |
| **Taxpayer ID #:** | 13-7461560 |
| **Period Ending:** | 11/04/08 |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****83-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/08 | 114 | III<br>HFC | Filed: $491.52; Reference:<br>Dividend paid 55.83% on $510.76; Claim# 7I;<br>Filed: $510.76; Reference: | 7990-000 | | 285.19 | 0.00 |

| | Receipts | Disbursements | Account Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 35,912.83 | 35,912.83 | $0.00 |
| Less: Bank Transfers | 35,912.83 | 0.00 | |
| **Subtotal** | 0.00 | 35,912.83 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $35,912.83 | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****83-65** | 37,114.50 | 1,201.67 | 0.00 |
| **Checking # ***-*****83-66** | 0.00 | 35,912.83 | 0.00 |
| | **$37,114.50** | **$37,114.50** | **$0.00** |